| | |
|---|---|
| Lawrence S. Lustberg<br>Daniel J. McGrady<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Tel: (973) 596-4500<br>Fax: (973) 596-0545 | Daniel M. Petrocelli<br>Brett J. Williamson<br>Jeffrey A. Barker<br>David S. Almeling<br>*(pro hac vice* applications forthcoming)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Tel: (212) 326-2000<br>Fax: (212) 326-2061 |

*Attorneys for Plaintiffs*
*Par Pharmaceutical, Inc.*
*and Par Sterile Products, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., and PAR STERILE PRODUCTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>QUVA PHARMA, INC., STUART HINCHEN, PETER JENKINS, and MIKE RUTKOWSKI,<br><br>Defendants. | Civil Action No. _____<br><br>*Document Electronically Filed*<br><br><br>**STATEMENT PURSUANT TO LOCAL CIVIL RULE 10.1(a)** |

Pursuant to Local Civil Rule 10.1(a), attached hereto as Exhibit A is a Service List that sets forth the names and addresses of each party, as well as known counsel of record, in the above-captioned action.

Dated:  August 14, 2017

By:  s/ Lawrence S. Lustberg
Lawrence S. Lustberg
Daniel J. McGrady
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500
Fax: (973) 596-0545
   llustberg@gibbonslaw.com
   dmcgrady@gibbonslaw.com

Daniel M. Petrocelli
Brett J. Williamson
Jeffrey A. Barker
David S. Almeling
(*pro hac vices* forthcoming)
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
   dpetrocelli@omm.com
   bwilliamson@omm.com
   jbarker@omm.com
   dalmeling@omm.com

*Attorneys for Plaintiffs*
*Par Pharmaceutical, Inc.*
*and Par Sterile Products, LLC*

# EXHIBIT A - SERVICE LIST

## Par Pharmaceutical, Inc., et al. v. QuVa Pharma, Inc., et al.

**Plaintiffs**

Par Pharmaceutical, Inc.
6 Ram Ridge Road
Chestnut Ridge, New York 10977

Par Sterile Products, LLC
6 Ram Ridge Road
Chestnut Ridge, New York 10977

**Plaintiffs' Counsel**

Lawrence S. Lustberg
Daniel J. McGrady
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500
Fax: (973) 596-0545
   *llustberg@gibbonslaw.com*
   *dmcgrady@gibbonslaw.com*

Daniel M. Petrocelli
Brett J. Williamson
Jeffrey A. Barker
David S. Almeling
(*pro hac vice* applications forthcoming)
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
   *dpetrocelli@omm.com*
   *bwilliamson@omm.com*
   *jbarker@omm.com*
   *dalmeling@omm.com*

**Defendants**

QuVa Pharma, Inc.
519 State Route 173
Bloomsbury, New Jersey 08804

Stuart Hinchen
QuVa Pharma, Inc.
519 State Route 173
Bloomsbury, New Jersey 08804
Residence: Saddle River, NJ

Peter Jenkins
QuVa Pharma, Inc.
519 State Route 173
Bloomsbury, New Jersey 08804
Residence: New York, New York

Mike Rutkowski
QuVa Pharma, Inc.
519 State Route 173
Bloomsbury, New Jersey 08804
Residence: New Jersey

**Defendants' Counsel**

Unknown at this time