Lawrence S. Lustberg
Daniel J. McGrady
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500
Fax: (973) 596-0545

Daniel M. Petrocelli
Brett J. Williamson
Jeffrey A. Barker
David S. Almeling
(*pro hac vice* applications forthcoming)
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for Plaintiffs*
*Par Pharmaceutical, Inc.*
*and Par Sterile Products, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., and PAR STERILE PRODUCTS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>QUVA PHARMA, INC., STUART HINCHEN, PETER JENKINS, and MIKE RUTKOWSKI,<br><br>Defendants. | Civil Action No. _____<br><br>*Document Electronically Filed*<br><br><br>**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |

Pursuant to Local Civil Rule 11.2, the undersigned, attorney of record for

Par Pharmaceutical, Inc. and Par Sterile Products, LLC ("Plaintiffs"), hereby

certifies that to the best of my knowledge and based upon the information available

to me at this office, the matter in controversy is not the subject of any other action

pending in this or any other court or of any pending arbitration or administrative

proceeding.

Dated:  August 14, 2017          By:  s/ Lawrence S. Lustberg
        Newark, New Jersey             Lawrence S. Lustberg
                                     Daniel J. McGrady
                                     **GIBBONS P.C.**
                                     One Gateway Center
                                     Newark, New Jersey 07102-5310
                                     Tel: (973) 596-4500
                                     Fax: (973) 596-0545
                                        *llustberg@gibbonslaw.com*
                                        *dmcgrady@gibbonslaw.com*

                                     Daniel M. Petrocelli
                                     Brett J. Williamson
                                     Jeffrey A. Barker
                                     David S. Almeling
                                     (*pro hac vice* applications forthcoming)
                                     **O'MELVENY & MYERS LLP**
                                     Times Square Tower
                                     7 Times Square
                                     New York, New York 10036
                                     Tel: (212) 326-2000
                                     Fax: (212) 326-2061
                                        *dpetrocelli@omm.com*
                                        *bwilliamson@omm.com*
                                        *jbarker@omm.com*
                                        *dalmeling@omm.com*

                                     *Attorneys for Plaintiffs*
                                     *Par Pharmaceutical, Inc.*
                                     *and Par Sterile Products, LLC*