Lawrence S. Lustberg
Daniel J. McGrady
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone:  (973) 596-4500
Facsimile:   (973) 596-0545

Daniel M. Petrocelli (admitted *pro hac vice*)
Brett J. Williamson (admitted *pro hac vice*)
Jeffrey A. Barker (admitted *pro hac vice*)
David S. Almeling (admitted *pro hac vice*)
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone:  (212) 326-2000
Facsimile:   (212) 326-2061

*Attorneys for Plaintiffs Par Pharmaceutical,
Inc. and Par Sterile Products, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAR PHARMACEUTICAL, INC. and PAR STERILE PRODUCTS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>QUVA PHARMA, INC., STUART HINCHEN, PETER JENKINS, and MIKE RUTKOWSKI,<br><br>Defendants. | Civil Action No.  3:17-cv-06115-MAS-DEA<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

**TO:**   All Persons on ECF Service List

**PLEASE TAKE NOTICE** that on December 18, 2017, or a date to be set by the Court, Plaintiffs Par Sterile Pharmaceutical, Inc. and Par Sterile Products, LLC (collectively, "Par"), by and through their respective undersigned attorneys, shall move before the Honorable Michael A. Shipp, United States District Judge, at the United States District Court, Clarkson S. Fisher Building & U.S. Courthouse, Court Room 5W, 402 East State Street, Trenton, New Jersey 08608, for an evidentiary hearing and an order enjoining Defendants QuVa Pharma, Inc., Stuart Hinchen, Peter Jenkins, and Mike Rutkowski (collectively, "Defendants"), and all persons or entities working in concert with them, from: (1) releasing any product that competes with a Par product (including any vasopressin product) and was developed and/or is manufactured using Par's trade secrets, including Par's sterility assurance methodologies; (2) further soliciting Par's employees; (3) further work on any products that would compete against Par (including vasopressin-based products); and (4) any further use of Par's confidential and trade secret documents and information.

**PLEASE TAKE FURTHER NOTICE** that, in support of said motion, Par shall rely upon the accompanying Memorandum of Points and Authorities, the declarations in support thereof, the exhibits attached thereto, and all other pleadings, papers, evidence and Orders on file in this matter;

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule

7.1(e) a copy of the proposed form of Order is included herewith;

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), Plaintiffs request oral argument; and

**PLEASE TAKE FURTHER NOTICE** that a certificate attesting to the date and manner of service of these moving papers is submitted herewith.

DATED:  November 17, 2017        By: s/ Lawrence S. Lustberg
                                                     Lawrence S. Lustberg
                                                     Daniel J. McGrady
                                                     **GIBBONS P.C.**
                                                     One Gateway Center
                                                     Newark, New Jersey 07102-5310
                                                     Telephone:  (973) 596-4500
                                                     Facsimile:   (973) 596-0545

                                                     Daniel M. Petrocelli (admitted *pro hac vice*)
                                                     Brett J. Williamson (admitted *pro hac vice*)
                                                     Jeffrey A. Barker (admitted *pro hac vice*)
                                                     David S. Almeling (admitted *pro hac vice*)
                                                     **O'MELVENY & MYERS LLP**
                                                     Times Square Tower
                                                     7 Times Square
                                                     New York, New York 10036
                                                     Telephone:    (212) 326-2000
                                                     Facsimile:      (212) 326-2061

                                                     *Attorneys for Plaintiffs Par Pharmaceutical,*
                                                     *Inc. and Par Sterile Products, LLC*