| | |
|---|---|
| **BLANK ROME LLP** | **MERCHANT & GOULD P.C.** |
| *A Pennsylvania LLP* | Jeffrey S. Ward (*admitted pro hac vice*) |
| Stephen M. Orlofsky, Esquire | Wendy M. Ward (*admitted pro hac vice*) |
| David C. Kistler, Esquire | Stephen R. Howe (*admitted pro hac vice*) |
| New Jersey Resident Partners | Emily Wessels (*admitted pro hac vice*) |
| Leigh Ann Buziak, Esquire | 10 E. Doty Street, Suite 600 |
| 300 Carnegie Center, Suite 220 | Madison, WI  53703 |
| Princeton, NJ 08540 | Telephone:  (608) 280-6751 |
| Telephone: (609) 750-7700 | Facsimile:  (612) 332-9081 |
| Facsimile: (609) 750-7701 | JWard@MerchantGould.com |
| Orlofsky@blankrome.com | WWard@MerchantGould.com |
| Kistler@blankrome.com | SHowe@MerchantGould.com |
| LBuziak@blankrome.com | EWessels@MerchantGould.com |
| *Attorneys for Defendants* | *Attorneys for Defendants* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAR PHARMACEUTICAL, INC. and PAR STERILE PRODUCTS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>QUVA PHARMA, INC., STUART HINCHEN, PETER JENKINS, MIKE RUTKOWSKI, DONNA KOHUT, TRAVIS MCGRADY, DAVID HARTLEY, and DAVID SHORT,<br><br>Defendants. | Civil Action No. 3:17-06115-BRM-DEA<br><br>*Filed Electronically*<br><br>Return Date:  April 16, 2018<br><br>**DEFENDANT QUVA PHARMA, INC.'S NOTICE OF MOTION TO SET REQUIRED BOUND AMOUNT** |

TO:  Lawrence S. Lustberg, Esquire
   Gibbons, P.C.
   One Gateway Center
   Newark, NJ 07102-5310
   *Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that on April 16, 2018, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant QuVa Pharma, Inc. shall move before the Honorable Brian R. Martinotti, U.S.D.J., United States District Court, District of New Jersey, Trenton Vicinage, for an Order requiring the posting of a bond amount in connection with the Court's preliminary injunction order, pursuant to Fed. R. Civ. P. 65(c).

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, Defendant will rely upon the accompanying Memorandum of Law and proposed form of Order.

Dated: March 23, 2018

*s/Stephen M. Orlofsky*
Stephen M. Orlofsky
David C. Kistler
New Jersey Resident Partners
Leigh Ann Buziak
**BLANK ROME LLP**
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-7700
Facsimile:  (609) 750-7701
Orlofsky@BlankRome.com
Kistler@BlankRome.com
LBuziak@BlankRome.com

Jeffrey S. Ward (*pro hac vice*)
Wendy M. Ward (*pro hac vice*)
Stephen R. Howe (*pro hac vice*)
Emily M. Wessels *(pro hac vice)*
**MERCHANT & GOULD, P.C.**
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone (608) 280-6750
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this date, I caused a copy of the foregoing Notice of Motion to Set Required Bond Amount, with accompanying Memorandum of Law in support thereof, and proposed form of Order, to be served upon all counsel of record via the Court's ECF system.

Dated: March 23, 2018                                    *s/Stephen M. Orlofsky*
                                                                                                      Stephen M. Orlofsky