UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| PAR PHARMACEUTICAL, INC. and PAR STERILE PRODUCTS, LLC, | : : : : | |
| Plaintiffs, | : : | Civil Action No. 3:17-cv-6115-BRM-DEA |
| v. | : : : | **ORDER** |
| QUVA PHARMA, INC., STUART HINCHEN, PETER JENKINS, MIKE RUTKOWSKI, DONNA KOHUT, DAVID SHORT, STEPHEN RHOADES, TRAVIS MCGRADY, and DAVID HARTLEY, | : : : : : : : | |
| Defendants. | : : | |

**THIS MATTER** is opened to the Court by Defendant QuVa Pharma, Inc.'s ("QuVa") Motion for Reconsideration (ECF No. 219), seeking reconsideration of this Court's April 27, 2018 Opinion and Order granting QuVa's Motion to Set the Required Bond Amount and setting the bond at $18,400,000. (ECF Nos. 210 & 211). Plaintiffs Par Pharmaceutical, Inc. and Par Sterile Products, LLC (collectively "Par") oppose the Motion. (ECF No. 241.) Having reviewed the submissions filed in connection with the motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth below and for good cause shown,

**IT IS** on this 11th day of January 2019,

**ORDERED** that QuVa's Motion for Reconsideration is **DENIED**, and it is further

**ORDERED** that the Opinion be filed under temporary seal, and it is further

**ORDERED** that the parties shall submit to the Court within fourteen (14) days via e-mail at njdnef_Martinotti@njd.uscourts.gov a joint proposed redacted version of the opinion to be publicly posted to the docket following this Court's approval.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**