## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAR PHARMACEUTICAL, INC. and PAR STERILE PRODUCTS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>QUVA PHARMA, INC., STUART HINCHEN, PETER JENKINS, MIKE RUTKOWSKI, DONNA KOHUT, DAVID SHORT, STEPHEN RHOADES, TRAVIS MCGRADY, and DAVID HARTLEY,<br><br>Defendants. | Civil Action No.  3:17-cv-06115-BRM-DEA<br><br>**[PROPOSED] ORDER STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE AND RELEASE OF THE PRELIMINARY INJUNCTION BOND** |

Based on the Joint Stipulation and Request for Dismissal with Prejudice and Release of the Preliminary Injunction Bond, the Court finds good cause to enter the order requested by the parties' stipulation.

IT IS on this 21st day of ___December___, 2020, **ORDERED** that:

1. All claims in this action are dismissed with prejudice;

2. Each party shall bear their own costs, expenses, and attorney's fees for the entire prosecution and defense of this action;

3. The Court shall retain jurisdiction to enforce and interpret the parties' settlement agreement; and

-2-

4.      The Clerk of the Court shall immediately cause to be released the
preliminary injunction bond deposited on May 10, 2018 to Plaintiffs in
this action, along with all interest accrued as of the date of the release.

_____
Hon. Brian R. Martinotti, U.S.D.J.


I recommend approval of the above order and declare that no lien or other
claim against monies deposited in the Registry of the Court in this matter is on file
in my office as of this date.

___12/21/2020_____
Date

_____
Clerk/Deputy Clerk